**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

In re: § Case No. 09-26158
§
SPAS L PANOV §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/20/2009. The undersigned trustee was appointed on 07/20/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $30,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $158.97 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $29,841.03 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 03/30/2010 and the deadline for filing government claims was 03/30/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,725.00, for a total compensation of $1,725.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2012          By:   /s/ Horace Fox, Jr.
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 09-26158 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PANOV, SPAS L | Date Filed (f) or Converted (c): | 07/20/2009 (f) |
| For the Period Ending: | 9/25/2012 | §341(a) Meeting Date: | 08/27/2009 |
| | | Claims Bar Date: | 03/30/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1405 E Central RD #213B Arlington Heights Illinois 60005-3309 | $135,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Location: 1702 Mill Street, Des Plaines IL | $165,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | 200.00 Location: 1702 Mill Street, Des Plaines IL | $200.00 | $0.00 | DA | $0.00 | FA |
| | **Asset Notes:** cash | | | | | |
| 4 | Citibank Checking | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | bedroom set, kitchen table and chairs, television | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 6 | daily clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 | 2003 Mercedes E 320 50,000 Location: 1702 Mill Street, Des Plaines IL | $16,000.00 | $0.00 | DA | $0.00 | FA |
| 8 | Lexus RX 300 (2003) 68,000 Location: 1702 Mill Street, Des Plaines IL | $17,000.00 | $0.00 | DA | $0.00 | FA |
| 9 | 1997 Saturn 170,000 Location: 1702 Mill Street, Des Plaines IL | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | 2nd mortgage on 1816 Wagner Rd., Glenview which was paid to debtor during the bankruptcy, but not disclosed. | $0.00 | $60,000.00 | | $30,000.00 | FA |
| | **Asset Notes:** proceeds of payoff of mortgage to debtor Settled 1.12.2012 for 30,000.00 | | | | | |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**
$337,200.00   $60,000.00   $30,000.00   $0.00

**Major Activities affecting case closing:**

11/13/2009   Alerted by 10.29.09 motion to modify that debtor held mtge on 1816 Wagner, Glenview, which he did not schedule. His mortgage of 60k was paid off 10.5.09 during the bankruptcy. Sent demand letter.

FORM 1 | | | | | Page No: 2 | Exhibit A
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 09-26158 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PANOV, SPAS L | Date Filed (f) or Converted (c): | 07/20/2009 (f) |
| For the Period Ending: | 9/25/2012 | §341(a) Meeting Date: | 08/27/2009 |
| | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/07/2010   File motion for turnover order. Turnover order for loan proceeds and documents entered today (DOF) 1.7.10

5.6.10 complaint v. PNC Bank filed. Status 6.17.2010

Crowley and Lamb is attorney for PNC and the discovery cut-off has been extended.

Subpoena records from PNC Bank.

Interrogatories and document production served on PNC 8.30.10

As of 9.30.2010 PNC has neither answered nor requested additional time in which to do so.

Panov is to appear for deposition on 1.18.2011.

02/04/2011   Had discussion with Bruce de 'Medici re: reopening discovery, which was reopened 2.3.2011. We filed dep requests to PNC and debtor. We have filed a motion to compel Panov to appear.

Order to abandon r/e entered 5.24.2011

After unsuccesful negotiatins with PNC to settle, the Court has set a trial date. 9.11.11

Trial date set for 1.12.2012, discovery closes and debtor has thus for dodged service of subpoena 12.16.2011

At the trial the judge said the bank had good case law, but she was inclined to rule for me. She would be troubled to rule for the bank because it would encourage debtors to co-mingle funds to defeat a 549 complaint. She said it would be an all or nothing opinion. Debtor avoided subpoena and failed to show. We talked and settled for 30,000/60,000 at issue. 1.12.2012
Status and presentment of motion to compromise set for 2.28.12 at 10:30 am.

02/27/2012   Panov motion to approve 10:30 M 644 3.8.12, continued to 3.15.12 for bank signature on agreement. 3.12.12
03/13/2012   Panov settle 644

Case 09-26158 Doc 59 Filed 10/18/12 Entered 10/18/12 10:40:07 Desc Main
Document Page 5 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3  Exhibit A

| Case No.: | 09-26158 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PANOV, SPAS L | | | Date Filed (f) or Converted (c): | 07/20/2009 (f) |
| For the Period Ending: | 9/25/2012 | | | §341(a) Meeting Date: | 08/27/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/15/2012  Status, 642, 30k /s/ settlement agreement.

The new status date, for payment of settlement amount and signing of the agreement is 5.24.12.

Check received, logged and deposited. Examine claims, file objections. 6.29.12

Requested fees Mr. de 'Medici and Smith Amundson 8.19.12

**Initial Projected Date Of Final Report (TFR):**  12/31/2010   **Current Projected Date Of Final Report (TFR):**  12/31/2013   /s/ HORACE FOX, JR.

HORACE FOX, JR.

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1  Exhibit B

| Case No. | 09-26158 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PANOV, SPAS L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9289 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/20/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2012 | (10) | PNC Bank | Adversary settllement 10-01123 | 1110-000 | $30,000.00 | | $30,000.00 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.93 | $29,989.07 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.39 | $29,940.68 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $46.75 | $29,893.93 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $52.90 | $29,841.03 |

| | | |
|---|---|---|
| TOTALS: | $30,000.00 | $158.97 | $29,841.03 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $30,000.00 | $158.97 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $30,000.00 | $158.97 | |

| For the period of 7/20/2009 to 9/25/2012 | | For the entire history of the account between 05/24/2012 to 9/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $158.97 | Total Compensable Disbursements: | $158.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $158.97 | Total Comp/Non Comp Disbursements: | $158.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-26158 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PANOV, SPAS L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9289 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/20/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/25/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $30,000.00 | $158.97 | $29,841.03 |

**For the period of 7/20/2009 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $158.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $158.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/20/2009 to 9/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $158.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $158.97 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

| Case No.: | 09-26158 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PANOV, SPAS L | | | Date: | 9/25/2012 |
| Claims Bar Date: | 03/30/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 09/24/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,750.00 | $3,750.00 | $0.00 | $0.00 | $0.00 | $3,750.00 |
| | SMITH AMUNDSEN LLC 150 N. Michigan Suite 3300 Chicago IL 60601 | 09/24/2012 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $34.51 | $34.51 | $0.00 | $0.00 | $0.00 | $34.51 |
| | BELONGIA SHAPIRO & FRANKLIN LLP 20 N. Clark Two First National Plaza #300 Chicago IL 60603 | 09/24/2012 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $165.90 | $165.90 | $0.00 | $0.00 | $0.00 | $165.90 |
| | SMITH AMUNDSEN LLC 150 N. Michigan Ave #3300 Chicago IL 60601 | 01/21/2012 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $22,882.50 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| **Claim Notes:** | Smith Amundsen provided fee detail of $22,882.50, but seeks 10,000.00 for payment | | | | | | | | | | | |
| | BELONGIA SHAPIRO & FRANKLIN LLP 20 N. Clark Two First National Plaza #300 Chicago IL 60603 | 06/26/2012 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $21,372.00 | $12,836.50 | $0.00 | $0.00 | $0.00 | $12,836.50 |
| **Claim Notes:** | Belongia billed $21372, but seeks 12,836.50 for payment | | | | | | | | | | | |
| | BRUCE DE 'MEDICI 834 Forest Avenue Oak Park IL 60302 | 06/26/2012 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $8,585.00 | $8,585.00 | $0.00 | $0.00 | $0.00 | $8,585.00 |
| 1 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany OH 430543025 | 01/05/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,199.36 | $10,199.36 | $0.00 | $0.00 | $0.00 | $10,199.36 |

| Case No.: | 09-26158 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PANOV, SPAS L | | | | | | | Date: | 9/25/2012 |
| Claims Bar Date: | 03/30/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 01/09/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,968.73 | $6,968.73 | $0.00 | $0.00 | $0.00 | $6,968.73 |
| 3 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 01/09/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,859.15 | $11,859.15 | $0.00 | $0.00 | $0.00 | $11,859.15 |
| 4 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 01/09/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,888.30 | $5,888.30 | $0.00 | $0.00 | $0.00 | $5,888.30 |
| 5 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 01/09/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,253.31 | $6,253.31 | $0.00 | $0.00 | $0.00 | $6,253.31 |
| 6 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 01/09/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,584.50 | $10,584.50 | $0.00 | $0.00 | $0.00 | $10,584.50 |
| 7 | AMERICAN EXPRESS CENTURION BANK POB 3001 Malvern PA 193550701 | 01/15/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,212.76 | $2,212.76 | $0.00 | $0.00 | $0.00 | $2,212.76 |

**Claim Notes:** (7-1) CREDIT CARD DEBT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF Citibank c/o Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 01/20/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,218.58 | $11,218.58 | $0.00 | $0.00 | $0.00 | $11,218.58 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF Citibank c/o Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 01/20/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,517.29 | $6,517.29 | $0.00 | $0.00 | $0.00 | $6,517.29 |

Page No: 3    Exhibit C

## CLAIM ANALYSIS REPORT

| Case No. | 09-26158 | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PANOV, SPAS L | | | | | Date: | 9/25/2012 |
| Claims Bar Date: | 03/30/2010 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City OK 731248809 | 02/16/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,130.95 | $9,130.95 | $0.00 | $0.00 | $0.00 | $9,130.95 |
| | | | | | | **$137,622.84** | **$116,204.84** | **$0.00** | **$0.00** | **$0.00** | | **$116,204.84** |

CLAIM ANALYSIS REPORT

Page No: 4     Exhibit C

| Case No. | 09-26158 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PANOV, SPAS L | Date: | 9/25/2012 |
| Claims Bar Date: | 03/30/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $200.41 | $200.41 | $0.00 | $0.00 | $0.00 | $200.41 |
| Attorney for Trustee Fees (Other Firm) | $52,839.50 | $31,421.50 | $0.00 | $0.00 | $0.00 | $31,421.50 |
| General Unsecured 726(a)(2) | $80,832.93 | $80,832.93 | $0.00 | $0.00 | $0.00 | $80,832.93 |
| Trustee Compensation | $3,750.00 | $3,750.00 | $0.00 | $0.00 | $0.00 | $3,750.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     09-26158
Case Name:    SPAS L PANOV
Trustee Name: Horace Fox, Jr.

Balance on hand: $29,841.03

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $29,841.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $3,750.00 | $0.00 | $1,725.00 |
| Belongia Shapiro & Franklin LLP, Attorney for Trustee Fees | $12,836.50 | $0.00 | $5,904.79 |
| Belongia Shapiro & Franklin LLP, Attorney for Trustee Expenses | $165.90 | $0.00 | $76.32 |
| Other: Bruce de 'Medici, Attorney for Trustee Fees | $8,585.00 | $0.00 | $3,949.10 |
| Other: Smith Amundsen LLC, Attorney for Trustee Fees | $10,000.00 | $0.00 | $4,600.00 |
| Other: Smith Amundsen LLC, Attorney for Trustee Expenses | $34.51 | $0.00 | $15.88 |

Total to be paid for chapter 7 administrative expenses: $16,271.09
Remaining balance: $13,569.94

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $13,569.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $13,569.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $80,832.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $10,199.36 | $0.00 | $1,712.23 |
| 2 | Chase Bank USA, N.A. | $6,968.73 | $0.00 | $1,169.89 |
| 3 | Chase Bank USA, N.A. | $11,859.15 | $0.00 | $1,990.87 |
| 4 | Chase Bank USA, N.A. | $5,888.30 | $0.00 | $988.51 |
| 5 | Chase Bank USA, N.A. | $6,253.31 | $0.00 | $1,049.78 |
| 6 | Chase Bank USA, N.A. | $10,584.50 | $0.00 | $1,776.89 |
| 7 | American Express Centurion Bank | $2,212.76 | $0.00 | $371.47 |
| 8 | PYOD LLC its successors and assigns as assignee of | $11,218.58 | $0.00 | $1,883.33 |
| 9 | PYOD LLC its successors and assigns as assignee of | $6,517.29 | $0.00 | $1,094.10 |
| 10 | Fia Card Services, NA/Bank of America | $9,130.95 | $0.00 | $1,532.87 |

Total to be paid to timely general unsecured claims: $13,569.94
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |