**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-26158 |
| | § | |
| SPAS L PANOV | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 11/20/2012, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/18/2012            By:   /s/ Horace Fox, Jr.
                                           (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-26158 |
| | § | |
| SPAS L PANOV | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $30,000.00
*and approved disbursements of*      $158.97
*leaving a balance on hand of[1]:*      $29,841.03

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $29,841.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $3,750.00 | $0.00 | $1,725.00 |
| Belongia Shapiro & Franklin LLP, Attorney for Trustee Fees | $12,836.50 | $0.00 | $5,904.79 |
| Belongia Shapiro & Franklin LLP, Attorney for Trustee Expenses | $165.90 | $0.00 | $76.32 |
| Other: Bruce de 'Medici, Attorney for Trustee Fees | $8,585.00 | $0.00 | $3,949.10 |
| Other: Smith Amundsen LLC, Attorney for Trustee Fees | $10,000.00 | $0.00 | $4,600.00 |
| Other: Smith Amundsen LLC, Attorney for | $34.51 | $0.00 | $15.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| Trustee Expenses | | | |
|---|---|---|---|

    Total to be paid for chapter 7 administrative expenses:    $16,271.09
    Remaining balance:    $13,569.94

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

    Total to be paid to prior chapter administrative expenses:    $0.00
    Remaining balance:    $13,569.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

    Total to be paid to priority claims:    $0.00
    Remaining balance:    $13,569.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $80,832.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $10,199.36 | $0.00 | $1,712.23 |
| 2 | Chase Bank USA, N.A. | $6,968.73 | $0.00 | $1,169.89 |
| 3 | Chase Bank USA, N.A. | $11,859.15 | $0.00 | $1,990.87 |
| 4 | Chase Bank USA, N.A. | $5,888.30 | $0.00 | $988.51 |
| 5 | Chase Bank USA, N.A. | $6,253.31 | $0.00 | $1,049.78 |
| 6 | Chase Bank USA, N.A. | $10,584.50 | $0.00 | $1,776.89 |

**UST-Form 101-7-NFR (5/1/2011)**

| 7 | American Express Centurion Bank | $2,212.76 | $0.00 | $371.47 |
|---|---|---|---|---|
| 8 | PYOD LLC its successors and assigns as assignee of | $11,218.58 | $0.00 | $1,883.33 |
| 9 | PYOD LLC its successors and assigns as assignee of | $6,517.29 | $0.00 | $1,094.10 |
| 10 | Fia Card Services, NA/Bank of America | $9,130.95 | $0.00 | $1,532.87 |

Total to be paid to timely general unsecured claims:     $13,569.94
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

Prepared By: /s/ Horace Fox, Jr.
                 Trustee

Horace Fox, Jr.
6 East Monroe

**UST-Form 101-7-NFR (5/1/2011)**

Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                       Case No. 09-26158-PSH
Spas L Panov                                                 Chapter 7
        Debtor             CERTIFICATE OF NOTICE
District/off: 0752-1           User: rgreen                 Page 1 of 3                  Date Rcvd: Oct 19, 2012
                               Form ID: pdf006              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2012.
db           +Spas L Panov,    1702 Mill Street,    Des Plaines, IL 60016-4766
14181790     +American Express,    American Express Box 0001,    Los Angeles, CA 90096-0001
14961955      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14181791      Bank Of America,    PO BOX 37271,    Baltimore, MD 21297-3271
14181792      C.B. Accounts,    PO BOX 5610,    Hauppauge, NY 11788-0139
14181808    ++CHASE CARD SERVICES,     201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:   Wamu,    PO BOX 660487,    Dallas, TX 75266-0487)
14181793      Capital One,    PO BOX   30281,    Salt Lake City, UT 84130-0281
14181794     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
14181795      Chase BP Visa,    PO BOX 15298,    Wilmington, DE 19886-5153
14941407      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14181796      Chase Home Finance,    PO BOX 9001871,    Louisville, KY 40290-1871
14181797      Citi Cards,    PO BOX 688901,    Des Moines, IA 50368-8901
14181799      Consultants  in hematology,    75 remittance drive dept 611,    Chicago, IL 60675-1611
14181800      Dana Point Condo Association,    PO BOX 4346,    Carol Stream, IL 60197-4346
14181802     +Fifth Third Bank CC,    38 fountain square cust service md,    Cincinnati, OH 45263-0001
14181806      Prairie Glen Imaging Center,    PO BOX 66255,    Dept 3019,    Chicago, IL 60666-0255
14181803    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Lexus Financial Services,    PO BOX 5855,
               Carol Stream, IL 60197-5855)
14181807    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:   Wachovia Dealer Services,    PO BOX 25341,    Santa Ana, CA 92799-5341)
14181789      affiliated radilogists,    Dept 4104,    Carol Stream, IL 60122-4104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14925576      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2012 00:13:45      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14181801      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2012 00:13:45      Discover,    PO BOX 30943,
               Salt Lake City, UT 84130
15110864      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2012 00:13:47
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14181804      Fax: 847-227-2151 Oct 20 2012 01:40:20      Medical recovery specialists,
               2250 E Devon Avenue STE 352,    Des Plaines, IL 60018-4519
14981315     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 20 2012 00:04:42
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           SmithAmundsen LLC
14181798    ##+Citibank,    PO BOX 209012,    Brooklyn, NY 11220
14181805     ##National city,    PO BOX 856153,    Louisville, KY 40285-6153
                                                                                      TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: rgreen              Page 2 of 3           Date Rcvd: Oct 19, 2012
                              Form ID: pdf006           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: rgreen              Page 3 of 3             Date Rcvd: Oct 19, 2012
                              Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2012 at the address(es) listed below:

```
              Bruce E de'Medici     on behalf of Plaintiff Horace Fox bdemedici@gmail.com
              Dana N O'Brien    on behalf of Creditor   National City Mortgage, a division of National City Bank
               dobrien@atty-pierce.com,    northerndistrict@atty-pierce.com
              Ean L Kryska     on behalf of Trustee Horace Fox ekryska@salawus.com,    jadams@salawus.com
              Francis J. Pendergast    on behalf of Creditor   PNC Bank, National Association
               fpendergast@crowleylamb.com,    ibenavides@crowleylamb.com;docket@crowleylamb.com
              Horace Fox     foxhorace@aol.com,    hf@trustesolutions.net;hf@trustesolutions.com
              James M. Crowley    on behalf of Defendant   PNC Bank, National Association
               jcrowley@crowleylamb.com,    docket@crowleylamb.com;mmusto@crowleylamb.com
              Patrick D. Lamb    on behalf of Creditor   PNC Bank, National Association plamb@crowleylamb.com,
               raguilar@crowleylamb.com;docket@crowleylamb.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shannon C McKinley    on behalf of Defendant   PNC Bank, National Association
               smckinley@crowleylamb.com,    raguilar@crowleylamb.com;docket@crowleylamb.com
              Stewart A Chapman    on behalf of Creditor   Chase Home Finance LLC northerndistrict@atty-pierce.com
              Tom  Makedonski     on behalf of Debtor Spas Panov info@teamlegalchicago.com,    teamlegalbk@gmail.com
                                                                                             TOTAL: 11
```