**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:09-bk-26158 |
| | § | |
| SPAS L PANOV | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $333,000.00 | Assets Exempt: | $4,200.00 |
| Total Distributions to Claimants: | $13,569.94 | Claims Discharged Without Payment: | $164,512.90 |
| Total Expenses of Administration: | $16,430.06 | | |

3)    Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $389,186.48 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $48,394.75 | $16,430.06 | $16,430.06 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $150,425.01 | $80,832.93 | $80,832.93 | $13,569.94 |
| **Total Disbursements** | $539,611.49 | $129,227.68 | $97,262.99 | $30,000.00 |

4). This case was originally filed under chapter 7 on 07/20/2009. The case was pending for 42 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2013         By:   /s/ Horace Fox, Jr.
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2nd mortgage on 1816 Wagner Rd., Glenview which was paid to debtor during the bankruptcy, but not disclosed. | 1110-000 | $30,000.00 |
| **TOTAL GROSS RECEIPTS** | | $30,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance | 4110-000 | $127,179.28 | NA | $0.00 | $0.00 |
| | Chase Home Finance | 4110-000 | $127,179.28 | NA | $0.00 | $0.00 |
| | Citibank | 4110-000 | $32,182.95 | NA | $0.00 | $0.00 |
| | Lexus Financial Services | 4110-000 | $17,213.56 | NA | $0.00 | $0.00 |
| | National city | 4110-000 | $60,000.00 | NA | $0.00 | $0.00 |
| | Wachovia Dealer Services | 4110-000 | $25,431.41 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $389,186.48 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $3,750.00 | $1,725.00 | $1,725.00 |
| Green Bank | 2600-000 | NA | $158.97 | $158.97 | $158.97 |
| Belongia Shapiro & Franklin LLP, Attorney for Trustee | 3210-000 | NA | $12,836.50 | $5,904.79 | $5,904.79 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $8,585.00 | $3,949.10 | $3,949.10 |
| Smith Amundsen LLC, Attorney for Trustee | 3210-000 | NA | $22,882.50 | $4,600.00 | $4,600.00 |
| Belongia Shapiro & Franklin LLP, Attorney for Trustee | 3220-000 | NA | $165.90 | $76.32 | $76.32 |

UST Form 101-7-TDR (10/1/2010)

| Smith Amundsen LLC, Attorney for Trustee | 3220-000 | NA | $15.88 | $15.88 | $15.88 |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $48,394.75 | $16,430.06 | $16,430.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | $5,855.91 | $10,199.36 | $10,199.36 | $1,712.23 |
| 2 | Chase Bank USA, N.A. | 7100-000 | $9,893.64 | $6,968.73 | $6,968.73 | $1,169.89 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $12,099.00 | $11,859.15 | $11,859.15 | $1,990.87 |
| 4 | Chase Bank USA, N.A. | 7100-000 | NA | $5,888.30 | $5,888.30 | $988.51 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $4,879.09 | $6,253.31 | $6,253.31 | $1,049.78 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $10,268.08 | $10,584.50 | $10,584.50 | $1,776.89 |
| 7 | American Express Centurion Bank | 7100-000 | $1,876.99 | $2,212.76 | $2,212.76 | $371.47 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $11,218.58 | $11,218.58 | $1,883.33 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $6,517.29 | $6,517.29 | $1,094.10 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | $8,302.39 | $9,130.95 | $9,130.95 | $1,532.87 |
| | affiliated radilologists | 7100-000 | $1,029.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $14,639.50 | NA | NA | $0.00 |
| | C.B. Accounts | 7100-000 | $1,200.00 | NA | NA | $0.00 |
| | Capital One | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Capital One | 7100-000 | $6,120.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $5,369.74 | NA | NA | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Citi Cards | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Consultants in hematology | 7100-000 | $1,790.00 | NA | NA | $0.00 |
| | Dana Point Condo Association | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Dana Point Condo Association | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Fifth Third Bank CC | 7100-000 | $18,157.65 | NA | NA | $0.00 |
| | Medical recovery specialists | 7100-000 | $40,502.89 | NA | NA | $0.00 |
| | Prairie Glen Imaging Center | 7100-000 | $2,100.00 | NA | NA | $0.00 |
| | Wamu | 7100-000 | $6,341.13 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $150,425.01 | $80,832.93 | $80,832.93 | $13,569.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 09-26158 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PANOV, SPAS L | | | Date Filed (f) or Converted (c): | 07/20/2009 (f) |
| For the Period Ending: | 3/14/2013 | | | §341(a) Meeting Date: | 08/27/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  1405 E Central RD #213B Arlington Heights Illinois 60005-3309 | $135,000.00 | $0.00 | | $0.00 | FA |
| 2  Location: 1702 Mill Street, Des Plaines IL | $165,000.00 | $0.00 | | $0.00 | FA |
| 3  200.00 Location: 1702 Mill Street, Des Plaines IL | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   cash | | | | | |
| 4  Citibank Checking | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  bedroom set, kitchen table and chairs, television | $1,500.00 | $0.00 | | $0.00 | FA |
| 6  daily clothing | $500.00 | $0.00 | | $0.00 | FA |
| 7  2003 Mercedes E 320 50,000 Location: 1702 Mill Street, Des Plaines IL | $16,000.00 | $0.00 | | $0.00 | FA |
| 8  Lexus RX 300 (2003) 68,000 Location: 1702 Mill Street, Des Plaines IL | $17,000.00 | $0.00 | | $0.00 | FA |
| 9  1997 Saturn 170,000 Location: 1702 Mill Street, Des Plaines IL | $1,000.00 | $0.00 | | $0.00 | FA |
| 10  2nd mortgage on 1816 Wagner Rd., Glenview which was paid to debtor during the bankruptcy, but not disclosed. | $0.00 | $60,000.00 | | $30,000.00 | FA |
| **Asset Notes:**   proceeds of payoff of mortgage to debtor  Settled 1.12.2012 for 30,000.00 | | | | | |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $337,200.00 | $60,000.00 | | $30,000.00 | $0.00 |

**Major Activities affecting case closing:**

11/13/2009    Alerted by 10.29.09 motion to modify that debtor held mtge on 1816 Wagner, Glenview, which he did not schedule. His mortgage of 60k was paid off 10.5.09 during the bankruptcy.
Sent demand letter.

Case 09-26158 Doc 73 Filed 03/15/13 Entered 03/15/13 15:10:15 Desc Main
Document Page 7 of 11

FORM 1

Page No: 2  Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 09-26158 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PANOV, SPAS L | | | Date Filed (f) or Converted (c): | 07/20/2009 (f) |
| For the Period Ending: | 3/14/2013 | | | §341(a) Meeting Date: | 08/27/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/07/2010  File motion for turnover order. Turnover order for loan proceeds and documents entered today (DOF) 1.7.10

5.6.10 complaint v. PNC Bank filed. Status 6.17.2010

Crowley and Lamb is attorney for PNC and the discovery cut-off has been extended.

Subpoena records from PNC Bank.

Interrogatories and document production served on PNC 8.30.10

As of 9.30.2010 PNC has neither answered nor requested additional time in which to do so.

Panov is to appear for deposition on 1.18.2011.

02/04/2011  Had discussion with Bruce de 'Medici re: reopening discovery, which was reopened 2.3.2011. We filed dep requests to PNC and debtor. We have filed a motion to compel Panov to appear.

Order to abandon r/e entered 5.24.2011

After unsuccesful negotiatins with PNC to settle, the Court has set a trial date. 9.11.11

Trial date set for 1.12.2012, discovery closes and debtor has thus for dodged service of subpoena 12.16.2011

At the trial the judge said the bank had good case law, but she was inclined to rule for me. She would be troubled to rule for the bank because it would encourage debtors to co-mingle funds to defeat a 549 complaint. She said it would be an all or nothing opinion. Debtor avoided subpoena and failed to show. We talked and settled for 30,000/60,000 at issue. 1.12.2012
Status and presentment of motion to compromise set for 2.28.12 at 10:30 am.

02/27/2012  Panov motion to approve 10:30 M 644 3.8.12, continued to 3.15.12 for bank signature on agreement. 3.12.12
03/13/2012  Panov settle 644

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 09-26158 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PANOV, SPAS L | | | Date Filed (f) or Converted (c): | 07/20/2009 (f) |
| For the Period Ending: | 3/14/2013 | | | §341(a) Meeting Date: | 08/27/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/15/2012   Status, 642, 30k /s/ settlement agreement.

The new status date, for payment of settlement amount and signing of the agreement is 5.24.12.

Check received, logged and deposited. Examine claims, file objections. 6.29.12

Requested fees Mr. de 'Medici and Smith Amundson 8.19.12

11.20.12 final report up in court.

Final account to UST 2.13.13  resubmitted with corrections 3.4.13.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 | **Current Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-26158 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PANOV, SPAS L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9289 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/20/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2012 | (10) | PNC Bank | Adversary settllement 10-01123 | 1110-000 | $30,000.00 | | $30,000.00 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.93 | $29,989.07 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.39 | $29,940.68 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $46.75 | $29,893.93 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $52.90 | $29,841.03 |
| 11/21/2012 | 5001 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,725.00 | $28,116.03 |
| 11/21/2012 | 5002 | Smith Amundsen LLC | Final Dividend: 15.41; Amount Allowed: 4,600.00; | 3210-000 | | $4,600.00 | $23,516.03 |
| 11/21/2012 | 5003 | Belongia Shapiro & Franklin LLP | Final Dividend: 19.78; Amount Allowed: 5,904.79; | 3210-000 | | $5,904.79 | $17,611.24 |
| 11/21/2012 | 5004 | Bruce de 'Medici | Final Dividend: 13.23; Amount Allowed: 3,949.10; | 3210-000 | | $3,949.10 | $13,662.14 |
| 11/21/2012 | 5005 | Smith Amundsen LLC | Final Dividend: 0.05; Amount Allowed: 15.88; | 3220-000 | | $15.88 | $13,646.26 |
| 11/21/2012 | 5006 | Belongia Shapiro & Franklin LLP | Final Dividend: 0.25; Amount Allowed: 76.32; | 3220-000 | | $76.32 | $13,569.94 |
| 11/21/2012 | 5007 | DISCOVER BANK | Final Claim #: 1; Dividend: 5.73; Amount Allowed: 10,199.36; | 7100-000 | | $1,712.23 | $11,857.71 |
| 11/21/2012 | 5008 | Chase Bank USA, N.A. | Final Claim #: 2; Dividend: 3.92; Amount Allowed: 6,968.73; | 7100-000 | | $1,169.89 | $10,687.82 |
| 11/21/2012 | 5009 | Chase Bank USA, N.A. | Final Claim #: 3; Dividend: 6.67; Amount Allowed: 11,859.15; | 7100-000 | | $1,990.87 | $8,696.95 |
| 11/21/2012 | 5010 | Chase Bank USA, N.A. | Final Claim #: 4; Dividend: 3.31; Amount Allowed: 5,888.30; | 7100-000 | | $988.51 | $7,708.44 |
| 11/21/2012 | 5011 | Chase Bank USA, N.A. | Final Claim #: 5; Dividend: 3.51; Amount Allowed: 6,253.31; | 7100-000 | | $1,049.78 | $6,658.66 |
| 11/21/2012 | 5012 | Chase Bank USA, N.A. | Final Claim #: 6; Dividend: 5.95; Amount Allowed: 10,584.50; | 7100-000 | | $1,776.89 | $4,881.77 |
| 11/21/2012 | 5013 | American Express Centurion Bank | Final Claim #: 7; Dividend: 1.24; Amount Allowed: 2,212.76; | 7100-000 | | $371.47 | $4,510.30 |
| 11/21/2012 | 5014 | PYOD LLC its successors and assigns as assignee of | Final Claim #: 8; Dividend: 6.31; Amount Allowed: 11,218.58; | 7100-000 | | $1,883.33 | $2,626.97 |
| 11/21/2012 | 5015 | PYOD LLC its successors and assigns as assignee of | Final Claim #: 9; Dividend: 3.66; Amount Allowed: 6,517.29; | 7100-000 | | $1,094.10 | $1,532.87 |
| | | | **SUBTOTALS** | | $30,000.00 | $28,467.13 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-26158 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PANOV, SPAS L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9289 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/20/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/21/2012 | 5016 | Fia Card Services, NA/Bank of America | Final Claim #: 10; Dividend: 5.13; Amount Allowed: 9,130.95; | 7100-000 | | $1,532.87 | $0.00 |
| 12/11/2012 | 5003 | VOID: Belongia Shapiro & Franklin LLP | This check was voided because the attorneys fee was supposed to be distributed 50/50 to Belongia and to Bruce de'Medici. | 3210-003 | | ($5,904.79) | $5,904.79 |
| 12/11/2012 | 5017 | Belongia Shapiro & Franklin LLP | Final Dividend: 19.78; Amount Allowed: 5,904.79; Fee to Belongia for attorneys fees. | 3210-000 | | $2,952.40 | $2,952.39 |
| 12/11/2012 | 5018 | Bruce de'Medici | This payment is for 1/2 of the attorney fee for Belongia Shapiro. The 5,904.79 is 50/50 to Belongia Shapiro and also to Bruce De'Medici. | 3210-000 | | $2,952.39 | $0.00 |

|  |  |  | TOTALS: | $30,000.00 | $30,000.00 | $0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  |  | Subtotal | $30,000.00 | $30,000.00 | |
|  |  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  |  | Net | $30,000.00 | $30,000.00 | |

**For the period of 7/20/2009 to 3/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/24/2012 to 3/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-26158 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PANOV, SPAS L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9289 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/20/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $30,000.00 | $30,000.00 | $0.00 |

**For the period of 7/20/2009 to 3/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/20/2009 to 3/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.